PROB 12C
(6/16)

Report Date: January 26, 2017

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**JAN 2 6 2017**

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Steven Ray Prigan              Case Number: 0980 2:14CR00067-JLQ-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: August 22, 2014

| | | |
|---|---|---|
| Original Offense: | Robbery Affecting Commerce, 18 U.S.C. § 1951(a) | |
| Original Sentence: | Prison - 36 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: September 30, 2016 |
| Defense Attorney: | Federal Defenders | Date Supervision Expires: September 29, 2019 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: On January 25, 2017, Mr. Prigan violated his conditions of supervised release, for being terminated from inpatient treatment at Sun Ray Court. |
| 2 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.<br><br>**Supporting Evidence**: On January 25, 2017, the undersigned officer received a phone call from staff at Sun Ray Court, advising that Mr. Prigan was being terminated from inpatient treatment. The undersigned spoke with Mr. Prigan on the telephone and he was directed to report to the probation office immediately. Mr. Prigan failed to report as directed and his whereabouts are unknown. It appears he has absconded. |

Prob12C
**Re: Prigan, Steven Ray**
**January 26, 2017**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/26/2017

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

1/26/2017
Date