PROB 12C
(6/16)

Report Date: January 31, 2017

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 31 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Steven Ray Prigan      Case Number: 0980 2:14CR00067-JLQ-1

Address of Offender: 1809 West Gardner Avenue, Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: August 22, 2014

Original Offense:       Robbery Affecting Commerce, 18 U.S.C. § 1951(a)

Original Sentence:      Prison - 36 months           Type of Supervision: Probation
                        TSR - 36 months

Asst. U.S. Attorney:    James A. Goeke              Date Supervision Commenced: September 30, 2016

Defense Attorney:       Federal Defenders Office     Date Supervision Expires: September 29, 2019

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/26/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**. The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On January 27, 2017, Mr. Prigan violated his conditions of supervised release in Spokane, Washington, for being arrested for possession of a controlled substance in Spokane, Washington. Mr. Prigan was found to be in possession of methamphetamine and heroin upon his arrest relative to his federal probation warrant. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/31/2017

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
**Re: Prigan, Steven Ray**
**January 31, 2017**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

1/31/2017
Date