PROB 12C
(6/16)

Report Date: June 19, 2017

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 19 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Steven Ray Prigan | Case Number: 0980 2:14CR00067-JLQ-1 |
| Address of Offender: | Spokane, Washington 99201 |

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: August 22, 2014

| | | |
|---|---|---|
| Original Offense: | Robbery Affecting Commerce, 18 U.S.C. § 1951(a) | |
| Original Sentence: | Prison - 36 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: September 30, 2016 |
| Defense Attorney: | Matthew A. Campbell | Date Supervision Expires: September 29, 2019 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/26/2017, 01/31/2017 and 05/16/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Prigan violated his conditions of supervised release in Spokane, Washington, by using morphine on or about June 9, 2017.

On October 3, 2016, the undersigned officer reviewed Mr. Prigan's conditions of supervision. He signed his conditions acknowledging an understanding of his conditions, which included special condition number 17, as noted above.

On Friday June 16, 2017, the undersigned officer received a phone call from the director of the Spokane residential reentry center. The director informed this officer that Mr. Prigan had submitted to a random urinalysis test on June 9, 2017, the urine sample was sent to the lab for further testing, and on June 16, 2017, the lab report confirmed a positive result for morphine. The RRC director informed the undersigned officer that due to the positive test, Mr. Prigan would be terminated from the program.

Mr. Prigan was confronted by the undersigned officer about the positive urinalysis test and he adamantly denied using any illicit drugs. Mr. Prigan further reported that he took some pills from a co-worker and were told they were aspirin. In addition, Mr. Prigan is participating in the suboxene program at Ideal Options. Mr. Prigan told the undersigned officer that the positive test is due to his suboxene. The undersigned officer reached out to Ideal Options to question Mr. Prigan's claim and the undersigned officer is waiting a return phone call from a medical professional at Ideal Options.

**Special Condition # 18:** You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. You must abide by the rules and requirements of the facility.

**Supporting Evidence:** Mr. Prigan violated his conditions of supervised release in Spokane, Washington, by being terminated from the RRC on or about June 16, 2017.

On April 5, 2017, a hearing was held on alleged violations of conditions of supervised release. The court ordered Mr. Prigan to reside at an RRC for a period of up to 180 days. Mr. Prigan entered the Spokane RRC on May 12, 2017.

On Friday June 16, 2017, the undersigned officer received a phone call from the director of the Spokane residential reentry center. The director informed this officer that Mr. Prigan had submitted to a random urinalysis test on June 9, 2017, the urine sample was sent to the lab for further testing, and on June 16, 2017, the lab report confirmed a positive result for morphine. The RRC director further stated that due to the positive test for morphine, Mr. Prigan would be terminated from the program.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 19, 2017

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
Re: Prigan, Steven Ray
June 19, 2017
Page 3

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

6/19/2017
Date